LICHTENSTEIN v. RABOLINSKI.

(Supreme Court, Appellate Division, Fourth Department. December 7, 1904.)

Motion for amendment of order granted.
For former opinion, see 90 N. Y. Supp. 247.

PER CURIAM. Order heretofore entered herein amended so as to read: Order reversed, with costs of this appeal, and judgment ordered for the plaintiff on the verdict, without costs, upon questions of law only; the facts having been examined, and no error found therein.